**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                        |   |                    |
|------------------------|---|--------------------|
|                        | : | CIVIL ACTION       |
|                        | : | No. 12-414         |
| In re: TERRI MATTHEWS  | : |                    |
|            Debtor      | : | BANKRUPTCY CASE    |
|                        | : | No. 10-16869       |

**ORDER**

AND NOW, this 9th day of August, 2012, upon consideration of the briefs filed by

Appellant and Appellee (Doc. Nos. 3 & 5), it is hereby **ORDERED** that the December 22, 2011,

order of the Bankruptcy Court granting Debtor Terri Matthews's Motion for Payment of

Unclaimed Funds is **VACATED** and the case is **REMANDED** to the Bankruptcy Court to make

the appropriate findings detailed in the attached memorandum.

                                   /s/ William H. Yohn Jr., Judge
                                   William H. Yohn Jr., Judge